THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Todd Sowell, Appellant,
 v.
 South Carolina
 Department of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Marvin F. Kittrell, Administrative Law
 Judge
Unpublished Opinion No. 2010-UP-495
Submitted November 1 2010  Filed November
 8, 2010
AFFIRMED

 
 
 
 Todd Sowell, pro se, of Bishopville, for Appellant.
 Christopher D. Florian, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Todd
 Sowell appeals an Administrative Law Court (ALC) order affirming the South
 Carolina Department of Corrections' decision to deny his grievance concerning
 the calculation of his sentence.  Sowell argues the ALC erred in failing to
 give him additional credit for time served prior to sentencing.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B) (Supp. 2009) ("The review of the administrative law
 judge's order must be confined to the record. The court may not substitute its
 judgment for the judgment of the administrative law judge as to the weight of
 the evidence on questions of fact."); S.C. Code Ann. § 24-13-40 (2007)
 (providing prisoners should not be given credit for time served prior to trial
 when "the prisoner is serving a sentence for one offense and is awaiting
 trial and sentence for a second offense").
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.